1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**09-CV-00384-WRNT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Cameron Morris,

                                Plaintiff,

v.

Core Innovation NW LLC, *et al.*,

                                Defendants.

CASE NO.  C09-384RSL

ORDER GRANTING WITHDRAWAL OF
C. CHIP GOSS AND TACEY GOSS P.S.
FROM REPRESENTATION OF
PLAINTIFF MORRIS

THIS MATTER having come before the undersigned upon the motion of C. Chip

Goss and Tacey Goss P.S., and the court otherwise being fully advised in the matter, it is

hereby:

ORDERED, ADJUDGED and DECREED that the withdrawal of C. Chip Goss and

Tacey Goss P.S. from the representation of plaintiff Cameron Morris is **GRANTED**.

Dated this 4ᵗ day of ~~December, 2009~~ January, 2010.

_____
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

ORDER GRANTING WITHDRAWAL OF
C. CHIP GOSS AND TACEY GOSS P.S. FROM
REPRESENTATION OF PLAINTIFF MORRIS - 1 of 2
Case No. C09-00384-RSL

TACEY GOSS P.S.
22833 Bothell Everett Hwy., Suite # 216
BOTHELL, WASHINGTON 98021
(425) 489-2878 - FACSIMILE (425) 489-2872